**EXHIBIT C**



Symmetry Energy Solutions, LLC
1111 Louisiana St. B-241
Houston, TX 77002-5228

# Symmetry Energy Solutions, LLC
## Invoice for Natural Gas Deliveries

**Certified Roses, Inc.**
Attn: Accounts Payable
PO Box 4400
Tyler, TX 75712

Customer ID:
Invoice Number:
Invoice Date: 3/16/2021
**Due Date:** **03/31/2021**

### Volume History

| Period | MMBtu | Period | MMBtu | Period | MMBtu |
|---|---|---|---|---|---|
| **Jan 21** | 2,765.00 | **Sep 20** | 8.00 | **May 20** | 9.00 |
| **Dec 20** | 1,599.00 | **Aug 20** | 8.00 | **Apr 20** | 12.00 |
| **Nov 20** | 62.00 | **Jul 20** | 9.00 | **Mar 20** | 219.00 |
| **Oct 20** | 9.00 | **Jun 20** | 9.00 | **Feb 20** | 3,137.00 |

**Delivery Period:** Feb-21
Volume(MMBtu): 3,849.000
Total Current Charges: $248,943.48
Prior Balance: $0.00
Late Fee: $0.00
**Total Amount Due:** **$248,943.48**

The extreme and unprecedented weather event that began on or around February 12, 2021 ("Winter Storm Uri") impacted a substantial portion of the continental United States, severely disrupting the supply, transportation, and distribution of natural gas across a multitude of pipeline systems. Transporters across the country, including interstate pipelines, intrastate pipelines and local distribution companies issued curtailment notices, operational flow and other similar orders severely restricting the flow of natural gas. This invoice reflects the applicable charges received to date associated with February account activity which reflects the market impact of Winter Storm Uri. Symmetry reserves all rights. If you have questions, please contact sales.support@symmetryenergy.com.

Federal Tax ID:



**ONLINE**

Manage your account at
https://symmetryenergy.com/portal

**CONTACT US**

**For Billing Inquires**
Heather Chapman at
heather.chapman@symmetryenergy.com

**General Inquiries**
Sales Support at

**PAYMENT OPTIONS**

**Online Bill Pay**
Please visit https://symmetryenergy.com/portal

**Wire & ACH Payments**
Please use the remittance stub information,
Name, Invoice Number, and Customer ID.

Tuesday, March 16, 2021 4:47:58 PM              Invoice # ,  Page 1 of 4
For Office Use Only:    CERTIFIED ROSES, INC.-57814

***Electronic (Wire/ACH/myCES) payment preferred. Please include information below with payment to ensure timely posting to customer account. Payment remittance information can be emailed to*** ▮

|  |  |  |
|---|---|---|
| | Customer ID: | ▮ |
| | Delivery Period: | Feb-21 |
| **Send Wire/ACH To:** | Invoice Number: | ▮ |
| ABA# ▮ for ACH | **Mail all other remittances to:** | Invoice Date: 3/16/2021 |
| ABA# ▮ for WIRE | Symmetry Energy Solutions, LLC | Current Charges: $248,943.48 |
| JP Morgan Chase Bank, Houston, Texas | Chase Lockbox | Prior Balance: $0.00 |
| Account# ▮ | P.O. Box 301149 | Late Fee: $0.00 |
| Beneficiary: Symmetry Energy Solutions, LLC | Dallas, TX  75303-1149 | **Total Amount Due:** **$248,943.48** |
| | | **Due Date:** **03/31/2021** |

**Late fees will be assessed if payment is received after the due date as stated in the contract.**

Tuesday, March 16, 2021 4:47:58 PM                    Invoice # ▮ , Page 2 of 4

For Office Use Only:        CERTIFIED ROSES, INC.-57814



Symmetry Energy Solutions, LLC
1111 Louisiana St. B-241
Houston, TX 77002-5228

## Account Detail for Feb-21

**Certified Roses, Inc.-H13096**     **Centerpt Entex TX**     **Account:**
**Service Address:** 10076 US Highway 69 N, Tyler, TX  75706-5924
**CURRENT DELIVERY**
**Billing Period:** February 2021
COMMODITY CHARGES

| Description | MMBtu | Price | Amount |
|---|---|---|---|
| Natural Gas Sales | 773.000 | 3.070000 | $2,373.11 |
| | **773.000** | | **$2,373.11** |

OTHER CHARGES

| Description | MMBtu | Price | Amount |
|---|---|---|---|
| Incremental Supply Cost | | | $51,518.38 |
| LDC Fuel | 15.776 | 2.770000 | $43.70 |
| Upstream Transportation Fee | 773.000 | 0.100000 | $77.30 |
| | | | **$51,639.38** |

TAXES

| Description | Rate | Amount |
|---|---|---|
| TX - SMITH, COUNTY SALES/USE TAX | 0.500000 | $12.48 |
| TX - STATE SALES/USE TAX | 6.250000 | $155.87 |
| TX - TYLER, CITY SALES/USE TAX | 1.500000 | $37.42 |
| | | **$205.77** |

| | **Account Total:** | **$54,218.26** |
|---|---|---|

**Certified Roses, Inc.-H13097**     **Centerpt Entex TX**     **Account:**
**Service Address:** 10076 US Highway 69 N, Tyler, TX  75706-5924
**CURRENT DELIVERY**
**Billing Period:** February 2021
COMMODITY CHARGES

| Description | MMBtu | Price | Amount |
|---|---|---|---|
| Natural Gas Sales | 2,660.000 | 3.070000 | $8,166.20 |
| | **2,660.000** | | **$8,166.20** |

OTHER CHARGES

| Description | MMBtu | Price | Amount |
|---|---|---|---|
| Incremental Supply Cost | | | $160,194.56 |
| LDC Fuel | 54.286 | 2.770000 | $150.37 |
| Upstream Transportation Fee | 2,660.000 | 0.100000 | $266.00 |
| | | | **$160,610.93** |

TAXES

| Description | Rate | Amount |
|---|---|---|
| TX - SMITH, COUNTY SALES/USE TAX | 0.500000 | $42.91 |
| TX - STATE SALES/USE TAX | 6.250000 | $536.42 |
| TX - TYLER, CITY SALES/USE TAX | 1.500000 | $128.74 |
| | | **$708.07** |

| | **Account Total:** | **$169,485.20** |
|---|---|---|

**Certified Roses, Inc.-H13098**     **Centerpt Entex TX**     **Account:**
**Service Address:** 10076 US Highway 69 N, Tyler, TX  75706-5924
**CURRENT DELIVERY**
**Billing Period:** February 2021
COMMODITY CHARGES

| Description | MMBtu | Price | Amount |
|---|---|---|---|
| Natural Gas Sales | 398.000 | 3.070000 | $1,221.86 |
| | **398.000** | | **$1,221.86** |

OTHER CHARGES

| Description | MMBtu | Price | Amount |
|---|---|---|---|
| Incremental Supply Cost | | | $20,744.93 |
| LDC Fuel | 8.123 | 2.770000 | $22.50 |

| Description | | MMBtu | Price | Amount |
|---|---|---|---|---|
| Upstream Transportation Fee | | 398.000 | 0.100000 | $39.80 |
| | | | | **$20,807.23** |

**TAXES**

| Description | Rate | Amount |
|---|---|---|
| TX - SMITH, COUNTY SALES/USE TAX | 0.500000 | $6.42 |
| TX - STATE SALES/USE TAX | 6.250000 | $80.27 |
| TX - TYLER, CITY SALES/USE TAX | 1.500000 | $19.27 |
| | | **$105.96** |

| | |
|---|---|
| **Account Total:** | **$22,135.05** |

---

**Certified Roses, Inc.-H13099**          **Centerpt Entex TX**          **Account:**

**Service Address:** 10076 US Highway 69 N, Tyler, TX  75706-5924

**CURRENT DELIVERY**
**Billing Period:** February 2021
COMMODITY CHARGES

| Description | MMBtu | Price | Amount |
|---|---|---|---|
| Natural Gas Sales | 18.000 | 3.070000 | $55.26 |
| | **18.000** | | **$55.26** |

OTHER CHARGES

| Description | MMBtu | Price | Amount |
|---|---|---|---|
| Gross Receipts Tax Pass Through  Utility Cycle 02/01/2021 to 02/28/2021 | | | $9.27 |
| Incremental Supply Cost | | | $1,036.72 |
| LDC Fuel | 0.367 | 2.770000 | $1.02 |
| Upstream Transportation Fee | 18.000 | 0.100000 | $1.80 |
| Utility Pass-Through Charges  Utility Cycle 02/01/2021 to 02/28/2021 | | | $1,843.25 |
| | | | **$2,892.06** |

TAXES

| Description | Rate | Amount |
|---|---|---|
| TX - SMITH, COUNTY SALES/USE TAX | 0.500000 | $0.30 |
| TX - STATE SALES/USE TAX | 6.250000 | $3.63 |
| TX - TYLER, CITY SALES/USE TAX | 1.500000 | $0.88 |
| UTILITY TX - SMITH, COUNTY SALES/USE TAX | 0.500000 | $0.05 |
| UTILITY TX - SMITH, COUNTY SALES/USE TAX | 0.500000 | $9.22 |
| UTILITY TX - STATE SALES/USE TAX | 6.250000 | $115.20 |
| UTILITY TX - STATE SALES/USE TAX | 6.250000 | $0.58 |
| UTILITY TX - TYLER, CITY SALES/USE TAX | 1.500000 | $0.14 |
| UTILITY TX - TYLER, CITY SALES/USE TAX | 1.500000 | $27.65 |
| | | **$157.65** |

| | |
|---|---|
| **Account Total:** | **$3,104.97** |