EXHIBIT E



Symmetry Energy Solutions, LLC
1111 Louisiana St. B-241
Houston, TX 77002-5228
symmetryenergy.com

# Symmetry Energy Solutions, LLC
## Invoice for Natural Gas Deliveries

**502 SCENIC DRIVE, LLC**
Attn: DeDee Stump
Longview, TX 75601-5320

| | |
|---|---:|
| Customer ID: | |
| Invoice Number: | |
| Invoice Date: | 3/16/2021 |
| **Due Date:** | **04/05/2021** |

**Volume History**

| Period | MMBtu | Period | MMBtu | Period | MMBtu |
|---|---:|---|---:|---|---:|
| **Jan 21** | 832.00 | **Sep 20** | 186.00 | **May 20** | 211.00 |
| **Dec 20** | 748.00 | **Aug 20** | 182.00 | **Apr 20** | 248.00 |
| **Nov 20** | 257.00 | **Jul 20** | 188.00 | **Mar 20** | 301.00 |
| **Oct 20** | 215.00 | **Jun 20** | 199.00 | **Feb 20** | 686.00 |

| | |
|---|---:|
| **Delivery Period:** | **Feb-21** |
| Volume(MMBtu) | 837.000 |
| Total Current Charges: | $17,004.02 |
| Prior Balance: | $0.00 |
| Late Fee: | $0.00 |
| **Total Amount Due:** | **$17,004.02** |

**DO NOT PAY – TO BE DRAFTED**

The extreme and unprecedented weather event that began on or around February 12, 2021 ("Winter Storm Uri") impacted a substantial portion of the continental United States, severely disrupting the supply, transportation, and distribution of natural gas across a multitude of pipeline systems. Transporters across the country, including interstate pipelines, intrastate pipelines and local distribution companies issued curtailment notices, operational flow and other similar orders severely restricting the flow of natural gas. This invoice reflects the applicable charges received to date associated with February account activity which reflects the market impact of Winter Storm Uri. Symmetry reserves all rights. If you have questions, please contact sales.support@symmetryenergy.com.

 **ONLINE**

Manage your account at
https://symmetryenergy.com/portal

 **CONTACT US**

**For Billing Inquires**
Heather Chapman at 281-969-3462
heather.chapman@symmetryenergy.com

**General Inquiries**
Sales Support  at 800-495-9880
Sales.Support@SymmetryEnergy.com

 **PAYMENT OPTIONS**

**Online Bill Pay**
Please visit https://symmetryenergy.com/portal

**Wire & ACH Payments**
Please use the remittance stub information,
Name, Invoice Number, and Customer ID.

---

*Electronic (Wire/ACH/myCES) payment preferred. Please include information below with payment to ensure timely posting to customer account. Payment remittance information can be emailed to ar@symmetryenergy.com*

**Send Wire/ACH To:**
ABA# 111000614 for ACH
ABA# 021000021 for WIRE
JP Morgan Chase Bank, Houston, Texas
Account# 100080578
Beneficiary: Symmetry Energy Solutions, LLC

**Mail all other remittances to:**
Symmetry Energy Solutions, LLC
Chase Lockbox
P.O. Box 301149
Dallas,  TX   75303-1149

| | |
|---|---:|
| Customer ID: | |
| Delivery Period: | Feb-21 |
| Invoice Number: | |
| Invoice Date: | 3/16/2021 |
| Current Charges: | $17,004.02 |
| Prior Balance: | $0.00 |
| Late Fee: | $0.00 |
| **Total Amount Due:** | **$17,004.02** |
| **Due Date:** | **04/05/2021** |

Late fees will be assessed if payment is received after the due date as stated in the contract.

**DO NOT PAY – TO BE DRAFTED**

Tuesday, March 16, 2021 4:05:55 PM            Invoice #            , Page 1 of 2

For Office Use Only:      502 SCENIC DRIVE, LLC-179384



Symmetry Energy Solutions, LLC
1111 Louisiana St. B-241
Houston, TX 77002-5228
symmetryenergy.com

## Account Detail for Feb-21

**502 Scenic LLC-H21695**  **Centerpt Entex TX**  **Account:**

**Service Address:** 502 Scenic Dr, Longview, TX  75604-0000

**CURRENT DELIVERY**
**Billing Period:** February 2021
COMMODITY CHARGES

| Description | MMBtu | Price | Amount |
|---|---|---|---|
| Natural Gas Sales | 837.000 | 3.067904 | $2,567.84 |
|  | **837.000** |  | **$2,567.84** |

OTHER CHARGES

| Description | MMBtu | Price | Amount |
|---|---|---|---|
| Gross Receipts Tax Pass Through  Utility Cycle 02/01/2021 to 02/28/2021 |  |  | $63.54 |
| Incremental Supply Cost |  |  | $13,234.20 |
| LDC Fuel | 17.082 | 2.770000 | $47.32 |
| Transport Charge | 837.000 | 0.146800 | $122.87 |
| Utility Pass-Through Charges  Utility Cycle 02/01/2021 to 02/28/2021 |  |  | $968.25 |
|  |  |  | **$14,436.18** |

TAXES

| Description | Rate | Amount |
|---|---|---|
|  |  | **$0.00** |

| | **Account Total:** | **$17,004.02** |
|---|---|---|

Tuesday, March 16, 2021 4:05:55 PM                    Invoice #                , Page 2 of 2
For Office Use Only:        502 SCENIC DRIVE, LLC-179384