EXHIBIT F



**CERTIFIED ROSES, INC.-57814**

## Incremental Supply Cost Detail
## February 2021 Invoice

| Utility Account | Premise ID | Meter Id | Pipeline/Utility | Calendar Date | Volume (MMBtu) | Price ($/MMBtu) | Amount |
|---|---|---|---|---|---|---|---|
| | | 7208 | Centerpt Entex TX | 01-Feb-2021 | - | $ - | $ - |
| | | 7208 | Centerpt Entex TX | 02-Feb-2021 | - | $ - | $ - |
| | | 7208 | Centerpt Entex TX | 03-Feb-2021 | - | $ - | $ - |
| | | 7208 | Centerpt Entex TX | 04-Feb-2021 | - | $ - | $ - |
| | | 7208 | Centerpt Entex TX | 05-Feb-2021 | - | $ - | $ - |
| | | 7208 | Centerpt Entex TX | 06-Feb-2021 | - | $ - | $ - |
| | | 7208 | Centerpt Entex TX | 07-Feb-2021 | - | $ - | $ - |
| | | 7208 | Centerpt Entex TX | 08-Feb-2021 | - | $ - | $ - |
| | | 7208 | Centerpt Entex TX | 09-Feb-2021 | - | $ - | $ - |
| | | 7208 | Centerpt Entex TX | 10-Feb-2021 | 1.00 | $ 0.31 | $ 0.31 |
| | | 7208 | Centerpt Entex TX | 11-Feb-2021 | 1.00 | $ 1.09 | $ 1.09 |
| | | 7208 | Centerpt Entex TX | 12-Feb-2021 | 1.00 | $ 4.87 | $ 4.87 |
| | | 7208 | Centerpt Entex TX | 13-Feb-2021 | 1.00 | $ 95.49 | $ 95.49 |
| | | 7208 | Centerpt Entex TX | 14-Feb-2021 | 1.00 | $ 101.98 | $ 101.98 |
| | | 7208 | Centerpt Entex TX | 15-Feb-2021 | 1.00 | $ 106.40 | $ 106.40 |
| | | 7208 | Centerpt Entex TX | 16-Feb-2021 | 1.00 | $ 100.62 | $ 100.62 |
| | | 7208 | Centerpt Entex TX | 17-Feb-2021 | 2.00 | $ 219.47 | $ 438.94 |
| | | 7208 | Centerpt Entex TX | 18-Feb-2021 | 1.00 | $ 158.41 | $ 158.41 |
| | | 7208 | Centerpt Entex TX | 19-Feb-2021 | 1.00 | $ 28.20 | $ 28.20 |
| | | 7208 | Centerpt Entex TX | 20-Feb-2021 | - | $ - | $ - |
| | | 7208 | Centerpt Entex TX | 21-Feb-2021 | 1.00 | $ 0.41 | $ 0.41 |
| | | 7208 | Centerpt Entex TX | 22-Feb-2021 | - | $ - | $ - |
| | | 7208 | Centerpt Entex TX | 23-Feb-2021 | - | $ - | $ - |
| | | 7208 | Centerpt Entex TX | 24-Feb-2021 | - | $ - | $ - |
| | | 7208 | Centerpt Entex TX | 25-Feb-2021 | - | $ - | $ - |
| | | 7208 | Centerpt Entex TX | 26-Feb-2021 | - | $ - | $ - |
| | | 7208 | Centerpt Entex TX | 27-Feb-2021 | - | $ - | $ - |
| | | 7208 | Centerpt Entex TX | 28-Feb-2021 | - | $ - | $ - |
| **Total** | | | | | **12.00** | | **$ 1,036.72** |



CERTIFIED ROSES, INC.-57814

## Incremental Supply Cost Detail
### February 2021 Invoice

| Utility Account | Premise ID | Meter Id | Pipeline/Utility | Calendar Date | Volume (MMBtu) | Price ($/MMBtu) | Amount |
|---|---|---|---|---|---|---|---|
| | | 7210 | Centerpt Entex TX | 01-Feb-2021 | - | $ - | $ - |
| | | 7210 | Centerpt Entex TX | 02-Feb-2021 | - | $ - | $ - |
| | | 7210 | Centerpt Entex TX | 03-Feb-2021 | - | $ - | $ - |
| | | 7210 | Centerpt Entex TX | 04-Feb-2021 | - | $ - | $ - |
| | | 7210 | Centerpt Entex TX | 05-Feb-2021 | - | $ - | $ - |
| | | 7210 | Centerpt Entex TX | 06-Feb-2021 | - | $ - | $ - |
| | | 7210 | Centerpt Entex TX | 07-Feb-2021 | - | $ - | $ - |
| | | 7210 | Centerpt Entex TX | 08-Feb-2021 | - | $ - | $ - |
| | | 7210 | Centerpt Entex TX | 09-Feb-2021 | - | $ - | $ - |
| | | 7210 | Centerpt Entex TX | 10-Feb-2021 | 21.00 | $ 0.31 | $ 6.51 |
| | | 7210 | Centerpt Entex TX | 11-Feb-2021 | 21.00 | $ 1.09 | $ 22.89 |
| | | 7210 | Centerpt Entex TX | 12-Feb-2021 | 30.00 | $ 4.87 | $ 146.10 |
| | | 7210 | Centerpt Entex TX | 13-Feb-2021 | 32.00 | $ 95.49 | $ 3,055.68 |
| | | 7210 | Centerpt Entex TX | 14-Feb-2021 | 29.00 | $ 101.98 | $ 2,957.42 |
| | | 7210 | Centerpt Entex TX | 15-Feb-2021 | 27.00 | $ 106.40 | $ 2,872.80 |
| | | 7210 | Centerpt Entex TX | 16-Feb-2021 | 28.00 | $ 100.62 | $ 2,817.36 |
| | | 7210 | Centerpt Entex TX | 17-Feb-2021 | 23.00 | $ 219.47 | $ 5,047.81 |
| | | 7210 | Centerpt Entex TX | 18-Feb-2021 | 21.00 | $ 158.41 | $ 3,326.61 |
| | | 7210 | Centerpt Entex TX | 19-Feb-2021 | 17.00 | $ 28.20 | $ 479.40 |
| | | 7210 | Centerpt Entex TX | 20-Feb-2021 | 8.00 | $ 0.60 | $ 4.80 |
| | | 7210 | Centerpt Entex TX | 21-Feb-2021 | 7.00 | $ 0.41 | $ 2.87 |
| | | 7210 | Centerpt Entex TX | 22-Feb-2021 | 12.00 | $ 0.39 | $ 4.68 |
| | | 7210 | Centerpt Entex TX | 23-Feb-2021 | - | $ - | $ - |
| | | 7210 | Centerpt Entex TX | 24-Feb-2021 | - | $ - | $ - |
| | | 7210 | Centerpt Entex TX | 25-Feb-2021 | - | $ - | $ - |
| | | 7210 | Centerpt Entex TX | 26-Feb-2021 | - | $ - | $ - |
| | | 7210 | Centerpt Entex TX | 27-Feb-2021 | - | $ - | $ - |
| | | 7210 | Centerpt Entex TX | 28-Feb-2021 | - | $ - | $ - |
| **Total** | | | | | **276.00** | | **$ 20,744.93** |



**CERTIFIED ROSES, INC.-57814**

## Incremental Supply Cost Detail
## February 2021 Invoice

| Utility Account | Premise ID | Meter Id | Pipeline/Utility | Calendar Date | Volume (MMBtu) | Price ($/MMBtu) | Amount |
|---|---|---|---|---|---|---|---|
| | | 7213 | Centerpt Entex TX | 01-Feb-2021 | - | $ - | $ - |
| | | 7213 | Centerpt Entex TX | 02-Feb-2021 | - | $ - | $ - |
| | | 7213 | Centerpt Entex TX | 03-Feb-2021 | - | $ - | $ - |
| | | 7213 | Centerpt Entex TX | 04-Feb-2021 | - | $ - | $ - |
| | | 7213 | Centerpt Entex TX | 05-Feb-2021 | - | $ - | $ - |
| | | 7213 | Centerpt Entex TX | 06-Feb-2021 | - | $ - | $ - |
| | | 7213 | Centerpt Entex TX | 07-Feb-2021 | - | $ - | $ - |
| | | 7213 | Centerpt Entex TX | 08-Feb-2021 | - | $ - | $ - |
| | | 7213 | Centerpt Entex TX | 09-Feb-2021 | - | $ - | $ - |
| | | 7213 | Centerpt Entex TX | 10-Feb-2021 | 155.00 | $ 0.31 | $ 48.05 |
| | | 7213 | Centerpt Entex TX | 11-Feb-2021 | 202.00 | $ 1.09 | $ 220.18 |
| | | 7213 | Centerpt Entex TX | 12-Feb-2021 | 200.00 | $ 4.87 | $ 974.00 |
| | | 7213 | Centerpt Entex TX | 13-Feb-2021 | 203.00 | $ 95.49 | $ 19,384.47 |
| | | 7213 | Centerpt Entex TX | 14-Feb-2021 | 252.00 | $ 101.98 | $ 25,698.96 |
| | | 7213 | Centerpt Entex TX | 15-Feb-2021 | 236.00 | $ 106.40 | $ 25,110.40 |
| | | 7213 | Centerpt Entex TX | 16-Feb-2021 | 173.00 | $ 100.62 | $ 17,407.26 |
| | | 7213 | Centerpt Entex TX | 17-Feb-2021 | 227.00 | $ 219.47 | $ 49,819.69 |
| | | 7213 | Centerpt Entex TX | 18-Feb-2021 | 121.00 | $ 158.41 | $ 19,167.61 |
| | | 7213 | Centerpt Entex TX | 19-Feb-2021 | 81.00 | $ 28.20 | $ 2,284.20 |
| | | 7213 | Centerpt Entex TX | 20-Feb-2021 | 77.00 | $ 0.60 | $ 46.20 |
| | | 7213 | Centerpt Entex TX | 21-Feb-2021 | 39.00 | $ 0.41 | $ 15.99 |
| | | 7213 | Centerpt Entex TX | 22-Feb-2021 | 45.00 | $ 0.39 | $ 17.55 |
| | | 7213 | Centerpt Entex TX | 23-Feb-2021 | - | $ - | $ - |
| | | 7213 | Centerpt Entex TX | 24-Feb-2021 | - | $ - | $ - |
| | | 7213 | Centerpt Entex TX | 25-Feb-2021 | - | $ - | $ - |
| | | 7213 | Centerpt Entex TX | 26-Feb-2021 | - | $ - | $ - |
| | | 7213 | Centerpt Entex TX | 27-Feb-2021 | - | $ - | $ - |
| | | 7213 | Centerpt Entex TX | 28-Feb-2021 | - | $ - | $ - |
| **Total** | | | | | **2,011.00** | | **$ 160,194.56** |



CERTIFIED ROSES, INC.-57814

## Incremental Supply Cost Detail
### February 2021 Invoice

| Utility Account | Premise ID | Meter Id | Pipeline/Utility | Calendar Date | Volume (MMBtu) | Price ($/MMBtu) | Amount |
|---|---|---|---|---|---|---|---|
| | | 7216 | Centerpt Entex TX | 01-Feb-2021 | - | $ - | $ - |
| | | 7216 | Centerpt Entex TX | 02-Feb-2021 | - | $ - | $ - |
| | | 7216 | Centerpt Entex TX | 03-Feb-2021 | - | $ - | $ - |
| | | 7216 | Centerpt Entex TX | 04-Feb-2021 | - | $ - | $ - |
| | | 7216 | Centerpt Entex TX | 05-Feb-2021 | - | $ - | $ - |
| | | 7216 | Centerpt Entex TX | 06-Feb-2021 | - | $ - | $ - |
| | | 7216 | Centerpt Entex TX | 07-Feb-2021 | - | $ - | $ - |
| | | 7216 | Centerpt Entex TX | 08-Feb-2021 | - | $ - | $ - |
| | | 7216 | Centerpt Entex TX | 09-Feb-2021 | - | $ - | $ - |
| | | 7216 | Centerpt Entex TX | 10-Feb-2021 | 53.00 | $ 0.31 | $ 16.43 |
| | | 7216 | Centerpt Entex TX | 11-Feb-2021 | 63.00 | $ 1.09 | $ 68.67 |
| | | 7216 | Centerpt Entex TX | 12-Feb-2021 | 62.00 | $ 4.87 | $ 301.94 |
| | | 7216 | Centerpt Entex TX | 13-Feb-2021 | 64.00 | $ 95.49 | $ 6,111.36 |
| | | 7216 | Centerpt Entex TX | 14-Feb-2021 | 84.00 | $ 101.98 | $ 8,566.32 |
| | | 7216 | Centerpt Entex TX | 15-Feb-2021 | 74.00 | $ 106.40 | $ 7,873.60 |
| | | 7216 | Centerpt Entex TX | 16-Feb-2021 | 54.00 | $ 100.62 | $ 5,433.48 |
| | | 7216 | Centerpt Entex TX | 17-Feb-2021 | 77.00 | $ 219.47 | $ 16,899.19 |
| | | 7216 | Centerpt Entex TX | 18-Feb-2021 | 35.00 | $ 158.41 | $ 5,544.35 |
| | | 7216 | Centerpt Entex TX | 19-Feb-2021 | 24.00 | $ 28.20 | $ 676.80 |
| | | 7216 | Centerpt Entex TX | 20-Feb-2021 | 37.00 | $ 0.60 | $ 22.20 |
| | | 7216 | Centerpt Entex TX | 21-Feb-2021 | 7.00 | $ 0.41 | $ 2.87 |
| | | 7216 | Centerpt Entex TX | 22-Feb-2021 | 3.00 | $ 0.39 | $ 1.17 |
| | | 7216 | Centerpt Entex TX | 23-Feb-2021 | - | $ - | $ - |
| | | 7216 | Centerpt Entex TX | 24-Feb-2021 | - | $ - | $ - |
| | | 7216 | Centerpt Entex TX | 25-Feb-2021 | - | $ - | $ - |
| | | 7216 | Centerpt Entex TX | 26-Feb-2021 | - | $ - | $ - |
| | | 7216 | Centerpt Entex TX | 27-Feb-2021 | - | $ - | $ - |
| | | 7216 | Centerpt Entex TX | 28-Feb-2021 | - | $ - | $ - |
| **Total** | | | | | **637.00** | | **$ 51,518.38** |