# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **CERTIFIED ROSES, INC., 502 SCENIC DRIVE, LLC**, Individually, and on Behalf of all Others Similarly Situated, | § § § § | |
| *Plaintiffs,* | § § | CASE NO. 2:21-cv-133-JRG-RSP |
| v. | § § | |
| **SYMMETRY ENERGY SOLUTIONS, LLC,** | § § § | |
| *Defendant.* | § | **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Edwin Buffmire, of Jackson Walker L.L.P., is entering an appearance in this matter for Defendant Symmetry Energy Solutions , LLC for the purpose of receiving notices from the Court.

        Respectfully submitted,

        By: */s/ Edwin Buffmire*
        Edwin Buffmire
        Texas Bar No. 24078283
        Email: ebuffmire@jw.com
        2323 Ross Ave., Ste. 600
        Dallas, Texas 75201
        Telephone: (214) 953-6000
        Facsimile: (214) 953 5820

        **ATTORNEYS FOR DEFENDANT**
        **SYMMETRY ENERGY SOLUTIONS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Edwin Buffmire<br>
Edwin Buffmire