# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CERTIFIED ROSES, INC. and 502 SCENIC DRIVE, LLC, *Individually and on Behalf of all Others Similarly Situated*, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 2:21-cv-00133-JRG-RSP |
| | § § | |
| SYMMETRY ENERGY SOLUTIONS, LLC, | § § § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Joint Motion to Stay Proceeding Pending Finalization of Settlement Agreement, filed by Plaintiffs Certified Roses, Inc. and 502 Scenic Drive, LLC, Individually and on Behalf of all Others Similarly Situated, and Defendant Symmetry Energy Solutions, LLC. Dkt. No. 55.

After consideration, the Court **ORDERS** that all deadlines in this matter are **STAYED** through May 15, 2022. It is further **ORDERED** that, absent a showing of good cause, the Parties shall file dismissal papers no later than May 15, 2022.

**SIGNED this 17th day of April, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE