IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CERTIFIED ROSES, INC., <br> 502 SCENIC DRIVE, LLC, <br> Individually and on Behalf of <br> all Others Similarly Situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> SYMMETRY ENERGY <br> SOLUTIONS, LLC, <br><br> *Defendant.* | § § § § § § § § § § § § § § § | CASE NO. 2:21-cv-133-JRG-RSP <br><br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT MOTION TO EXTEND THE STAY OF PROCEEDINGS PENDING FINALIZATION OF THE SETTLEMENT AGREEMENT

Before the Court is the Parties' Joint Motion to Extend the Stay of Proceedings Pending Finalization of the Settlement Agreement. After consideration, the Court **GRANTS** the Parties' Joint Motion.

It is therefore **ORDERED** that all unreached deadlines in this matter are hereby stayed until May 30, 2022, to allow the parties to submit dismissal papers.

**SIGNED** this 16th day of May, 2022.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE