IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CERTIFIED ROSES, INC., § <br> 502 SCENIC DRIVE, LLC, § <br> Individually and on Behalf of § <br> all Others Similarly Situated, § <br> § <br> *Plaintiffs,* § <br> § <br> v. § <br> § <br> SYMMETRY ENERGY § <br> SOLUTIONS, LLC, § <br> § <br> *Defendant.* § | CASE NO. 2:21-cv-133-JRG-RSP <br><br><br> JURY TRIAL DEMANDED |

## JOINT STATUS REPORT

Plaintiffs Certified Roses, Inc. and 502 Scenic Drive, LLC, Individually and on Behalf of all Others Similarly Situated, ("Plaintiffs") and Defendant Symmetry Energy Solutions, LLC ("Defendant") (collectively the "Parties") file this Joint Status Report.

The parties have agreed to participate in another mediation session with the Court-appointed mediator, Judge David Folsom, scheduled for Friday, June 17, 2022, with the intention of finalizing a settlement agreement.

Dated: June 9, 2022

                                                    Respectfully submitted,

                                                    */s/ Derek H. Potts*
                                                    **Derek H. Potts**
                                                    Texas Bar No. 24073727
                                                    **T. Micah Dortch**
                                                    Texas Bar No. 24044981
                                                   **J. Ryan Fowler**
                                                   Texas Bar No. 24058357
                                                   **POTTS LAW FIRM, LLP**

        3737 Buffalo Speedway, Suite 1900
        Houston, Texas 77098
        Tel: (713) 963-8881
        dpotts@potts-law.com
        mdortch@potts-law.com
        rfowler@potts-law.com

        **ATTORNEYS FOR PLAINTIFFS**

        */s/ Sean McMahon*
        **Robert J. Malionek** (pro hac vice)
        **Sean McMahon** (pro hac vice)
        **LATHAM & WATKINS LLP**
        1271 Avenue of the Americas
        New York, NY 10020
        Tel: (212) 906-4673
        robert.malionek@lw.com
        sean.mcmahon@lw.com

        **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 9, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

        */s/ Derek H. Potts*
        Derek H. Potts

## CERTIFICATE OF CONFERENCE

The undersigned certifies compliance with Local Rule CV-7(h) and that the Status Report is being filed jointly by the Parties.

        */s/ Derek H. Potts*
        Derek H. Potts