# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CERTIFIED ROSES, INC., <br> 502 SCENIC DRIVE, LLC, <br> Individually and on Behalf of <br> all Others Similarly Situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> SYMMETRY ENERGY <br> SOLUTIONS, LLC, <br><br> *Defendant.* | Case No. 2:21-CV-00133 -JRG-RSP |

## ORDER

Before the Court is the Stipulation of Dismissal filed by Plaintiff Certified Roses, Inc. and 502 Scenic Drive, LLC, and Defendant Symmetry Energy Solutions, LLC. Dkt. No. 60. In light of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(ii), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So Ordered this**

**Aug 24, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE